Graham M. Sweitzer, OSB No. 025866
gsweitzer@kilmerlaw.com
Kilmer, Voorhees & Laurick, P.C.
Attorneys at Law
732 N.W. 19th Avenue
Portland, Oregon 97209-1302
Telephone: (503) 224-0055
Fax: (503) 222-5290

Of Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| JULIA A. KOON,<br><br>  Plaintiff,<br><br>v.<br><br>NATIONAL BEDDING COMPANY, LLC, an Illinois limited liability corporation, and BRUCE THOMAS FORD,<br><br>  Defendants. | Case No. 6:16-cv-01576-JR<br><br>**STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE** |

Pursuant to FRCP 41, based upon the below stipulation of the parties through their counsel, and it appearing to the Court that this action has been fully compromised and settled,

IT IS HEREBY ORDERED that this matter be dismissed with prejudice and without attorney fees or costs to any party.

DATED: June 6, 2017.

_____
Magistrate Judge Jolie A. Russo

/ / /

/ / /

PAGE 2 – STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE

**IT IS SO STIPULATED:**


/s/Warren John West                     Date: June 5, 2017
Warren John West, OSB No. 733224
Attorneys for Plaintiff



/s/Graham M. Sweitzer                   Date: June 5, 2017
Graham M. Sweitzer, OSB No. 025866
Attorneys for Defendants


I:\10618\0001\Pleadings\SJOD.docx

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 · FAX (503) 222-5290